# GUADALUPE COUNTY



52,553-06

**211 W. Court St.**
**Seguin, TX 78155-5730**

## Debra Crow, District Clerk

**Phone: (830) 303-8873**
**Fax: (830) 379-1943**

June 19th, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711



RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk

Re: 01-1045-CR The State of Texas VS. John David Kohlberg

We received the Order from the Court of Appeals on June 18th, 2015 requiring a response as to why we had not filed the defendant's application for writ of habeas corpus. Upon further research, we have not received a writ of habeas corpus from the defendant on this case. The last known filing from Mr. Kohlberg was dated January 8th, 2014 titled: "Motion Requesting Credit for Back Time". This motion was submitted to the judge and was returned denied.

Please contact me if you have any additional questions or concerns at (830) 303-8879.

Thank-you and have a great day!

Debra Crow, District Clerk
Guadalupe County Justice Center
211 West Court Street, Suite 209
Seguin, Texas 78155

By: _____ Deputy

